UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COREY L. BRACKEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STARBUCKS CORPORATION,<br><br>　　　　Defendant. | Case No. C15-49-MJP<br><br>REPORT AND RECOMMENDATION |

Plaintiff, proceeding *pro se*, filed an application to proceed *in forma pauperis* ("IFP") and a proposed complaint in the above-entitled action. Dkts. 1, 1-1. By letter dated January 14, 2015, the Court advised plaintiff that he must submit the Court's Declaration and Application to Proceed In Forma Pauperis and Written Consent for Payment of Costs form ("IFP application") by no later than February 14, 2015, or else his action may be dismissed. Dkt. 2. Plaintiff was also mailed a blank copy of the Court's IFP application. *See id.* To date, however, plaintiff has failed to respond in any fashion.

As plaintiff has had ample time to correct the deficiencies in his IFP application, but has failed to do so, this Court recommends that the instant action be DISMISSED without prejudice for failure to prosecute. A proposed order accompanies this Report and Recommendation.

REPORT AND RECOMMENDATION
PAGE - 1

1    Objections to this Report and Recommendation, if any, should be filed with the Clerk
2 and served upon all parties to this suit by no later than **March 16, 2015**.  Failure to file
3 objections within the specified time may affect your right to appeal.  Objections should be
4 noted for consideration on the District Judge's motion calendar for the third Friday after they
5 are filed.  Responses to objections may be filed within **fourteen (14)** days after service of
6 objections.  If no timely objections are filed, the matter will be ready for consideration by the
7 District Judge on **March 20, 2015.**

8    This Report and Recommendation is not an appealable order.  Thus, a notice of appeal
9 seeking review in the Court of Appeals for the Ninth Circuit should not be filed until the
10 assigned District Judge acts on this Report and Recommendation.

11    DATED this 23rd day of February, 2015.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2